1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11 | ADELA CAMPOS-ROSAS,               ) Case No.: 2:23-cv-08810-SK
                                      )
12 |        Plaintiff,                ) ~~{PROPOSED}~~ ORDER AWARDING
                                      ) EQUAL ACCESS TO JUSTICE ACT
13 |     vs.                          ) ATTORNEY FEES AND EXPENSES
                                      ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | MARTIN O'MALLEY,                 ) AND COSTS PURSUANT TO 28
    | Commissioner of Social Security,) U.S.C. § 1920
15 |                                  )
    |        Defendant                )
16 |                                  )
                                      )
17 | _____      )

18 |        Based upon the parties' Stipulation for the Award and Payment of Equal

19 | Access to Justice Act Fees, Costs, and Expenses:

20 |        IT IS ORDERED that fees and expenses in the amount of $6,800.00 as

21 | authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

22 | awarded subject to the terms of the Stipulation.

23 | DATE: November 1, 2024

24 |        _____
          THE HONORABLE STEVE KIM
25 |       UNITED STATES MAGISTRATE JUDGE

26

-1-